# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2012

144192

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 144192
      COA: 306072
      Wayne CC: 10-005211-FH

CEDRIC LAMONT LACEY,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 25, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2012

_____
            Clerk

s0912